IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHESAPEAKE LIFE INSURANCE COMPANY                  PLAINTIFF

VS.                                                CIVIL ACTION NO. 4:09cv74-DPJ-JCS

JESSIE TREVINO, et al.                                      DEFENDANTS

## ORDER

This cause is before the court on Plaintiff's motion for an intra-district transfer to the Jackson Division. Having considered the motion, the Court concludes that it should be granted. Accordingly, this matter is hereby transferred to the Jackson Division of the United States District Court for the Southern District of Mississippi.

SO ORDERED this the 21st day of July, 2009.

                                       /s/ James C. Sumner
                                       UNITED STATES MAGISTRATE JUDGE